**Order entered September 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00969-CV

**BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-04855-2019**

### ORDER

Before the Court is appellant's September 9, 2021 emergency motion to order trial court to conduct hearing and for permission to file supplemental brief. We **DENY** the motion.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE